**Nicole E. HOWELL, Petitioner,**

v.

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, Respondent.**

No. 03–3328.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2004.

Rehearing and Rehearing En Banc Denied Dec. 15, 2004.

Before LOURIE, RADER, and GAJARSA, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

■

**Glenn J. MAJKA, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 04–3057.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2004.

Before LOURIE, GAJARSA, and LINN, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.